COOLEY LLP
HEIDI L. KEEFE (178960)
hkeefe@cooley.com
LAM K. NGUYEN (265285)
lnguyen@cooley.com
3175 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Attorneys for Defendant
FACEBOOK INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRICEPLAY.COM INC., <br><br> Plaintiff, <br><br> v. <br><br> FACEBOOK INC., <br><br> Defendant. | Case No. C 14-4830-EDL <br><br> **FACEBOOK INC.'S CONSENT TO JURISDICTION OF MAGISTRATE JUDGE ELIZABETH D. LAPORTE** |

In accordance with the provisions of 28 U.S.C. § 636(c), Facebook Inc. voluntarily consents to have United States Magistrate Judge Elizabeth D. Laporte conduct all further proceedings in this case, including trial and entry of final judgment. Facebook Inc. understands that appeal from the judgment shall be taken directly to the United States Court of Appeals having appellate jurisdiction of this action.

Dated: November 26, 2014      COOLEY LLP


                              */s/ Heidi L. Keefe*
                              Heidi L. Keefe

                              Attorneys for Defendant
                              FACEBOOK INC.

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1.    FACEBOOK INC.'S CONSENT TO JURISDICTION OF MAGISTRATE JUDGE ELIZABETH D. LAPORTE
      CASE NO. C 14-4830-EDL