13 minutes

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 2/6/15

Case No.   C-14-4830 SI          Judge:  SUSAN ILLSTON

Title: PRICEPLAY.COM INC. -v- FACEBOOK INC.,

Attorneys: Gregory Sowder         Heidi Keefe, Lam Nguyen, Sara Whitney

Deputy Clerk:  Tracy Kasamoto Court Reporter: n/a

**PROCEEDINGS**

1)   Initial Case Management Conference - HELD

2)

3)

Order to be prepared by:  ( )Pltf    ( )Deft    ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                PART

Case continued to **4/24/15    @ 3:00 p.m.** for Further Case Management Conference

Case continued to   **@ 9:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to   **@ 3:30 p.m.**  for Pretrial Conference

Case continued to   **@ 8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
Counsel shall further meet and confer re: staying case vs. proceeding with a single summary judgment motion.