GREGORY J. SOWDER, State Bar No. 196158
HARRINGTON, FOXX, DUBROW & CANTER, LLP
655 Montgomery Street, Suite 1100
San Francisco, California 94111
Telephone (415) 288-6600
Facsimile (415) 288-6618
Email: gjsowder@hfdclaw.com

Attorneys for Plaintiff
PRICEPLAY.COM, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRICEPLAY.COM, INC.,<br><br>          Plaintiff,<br><br>vs.<br><br>FACEBOOK, INC.,<br><br>          Defendant. | Case No. 3:14-cv-04830-SI<br><br>**PLAINTIFF PRICEPLAY.COM, INC.'S NOTICE OF APPEAL TO COURT OF APPEALS FOR FEDERAL CIRCUIT PURSUANT TO 28 USC 1295(A)** |

NOTICE IS HEREBY given that Plaintiff, PRICEPLAY.COM, INC., in the above captioned case, hereby appeals, pursuant to 28 USC 1295(a), to the United State Court of Appeals for the Federal Circuit from the "Stipulation and Order of Dismissal re U.S. Patent Nos. 8,050,982 and 8,494,917" entered in this action on the 20th day of April, 2015, and from all opinions, orders and rulings in the United States District Court for the District of Delaware lawsuit entitled <u>Priceplay.com Inc. v. AOL Advertising, Inc.</u>, Action C.A. No. 14-92-RGA, decided adversely to Priceplay concerning the U.S. District of Court of Delaware's decision on Defendant AOL Advertising, Inc.'s Motion to Dismiss (D.I. 49), and from all underlying decisions, orders and rulings intertwined with or that produced the U.S. District of Court of Delaware's memorandum opinion and order.

1 | Dated:  April 24, 2015                           HARRINGTON, FOXX, DUBROW & CANTER, LLP

By: ___/s/ Gregory J. Sowder_____
GREGORY J. SOWDER
Attorneys for Plaintiff
PRICEPLAY.COM, INC.